NATHAN SOCOL, Respondent, v. MINNIE M. KNOBLOCH, as Administratrix, etc, of PHILIP J. KNOBLOCH, Deceased, Appellant, and SAMUEL FRANK, Respondent.—

Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

MORRIS MATSIL, Appellant, v. CAPITAL CITY SURETY COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.